**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Zhijun Xia,<br><br>Plaintiff,<br><br>v.<br><br>Mark King,<br><br>Defendant. | Case No. 24-cv-2000-JRT-EMB<br><br>**NOTICE PURSUANT TO 28 U.S.C. § 2252 and SUPPLEMENTAL BRIEFING ORDER** |

This Court previously ordered Respondent to file an answer to Petitioner Zhijun Xia's petition for a writ of habeas corpus showing cause why the writ should not be granted. (Dkt. No. 18.) The Order stated that Respondent's answer "must include a reasoned memorandum of law and fact fully stating respondent's legal position on Mr. Xia's claims" and "attach[] to the answer all parts of the transcript and all exhibits submitted to the state courts that pertain on the claims asserted in the petition." (*Id.*)

Respondent thereafter filed an answer that partially stated his legal position (addressing only a threshold procedural issue and not the merits of Mr. Xia's claims) and did not attach any state court transcripts or exhibits. (*See generally* Dkt. No. 23.) Respondent explained that notice to the attorney general for the State of Nebraska should be provided pursuant to 28 U.S.C. § 2252 before he could address "the merits" of the petition. (*Id.* at 7, n.2.)

**IT IS ORDERED** that:

1. The Clerk's Office will serve a copy of this Notice and Order on the State of Nebraska's Attorney General, consistent with 28 U.S.C. § 2252.
2. Respondent must file supplemental briefing addressing the merits of Petitioner Zhijun Xia's petition for a writ of habeas corpus on or before November 18, 2026, and a copy of the supplemental briefing must be served upon Mr. Xia simultaneously with such filing.
3. Respondent's supplemental briefing must include a memorandum of law and fact stating his legal position on Mr. Xia's claims and comply with Rules 5(b), (c) and (d) of the Rules Governing Section 2254 Cases in the United States District Courts. Respondent also must attach to his supplemental briefing portions of state court transcripts and exhibits pertaining to Mr. Xia's claims.
4. If Mr. Xia intends to file a reply to the supplemental briefing, he must do so within 21 days of the date the supplemental briefing is filed. Thereafter, no further submissions from either party will be permitted, except as expressly authorized by Court order.

Date: October 14, 2026

*s/ Elsa M. Bullard*
Elsa M. Bullard
United States Magistrate Judge